# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIOT HOUMAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JAGUAR-LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No.: CV 18-7256-DMG (MAAx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL [16]** |

The Court having reviewed the parties' Stipulation for Dismissal, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: February 13, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE